1030

[No. 26494-3-II. Division Two. February 15, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SAM KIM, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-04741-1, Terry D. Sebring, J., entered September 29, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Seinfeld, J.

[No. 26574-5-II. Division Two. February 15, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERTHO SANCHEZ-ACOSTA, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 00-1-00934-8, Robert L. Harris and James D. Ladley, JJ., entered October 5, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Bridgewater, J.

[No. 26615-6-II. Division Two. February 15, 2002.]

BENTON COUNTY PUBLIC UTILITY DISTRICT NO. 1, ET AL., *Appellants*, v. THE DEPARTMENT OF REVENUE, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-2-00137-1, Gary Tabor, J., entered October 5, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Seinfeld, J.

[No. 26651-2-II. Division Two. February 15, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY TIMOTHY WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-04196-0, Bryan E. Chushcoff and Rudolph J. Tollefson, JJ., entered November 9, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Seinfeld, J.